*CK #114     RECP # 152245* (handwritten)

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-19459 - KUSNER, JACK C.

| Creditor | Claim No. | Check | Amount Allowed | Amount Paid |
|----------|-----------|-------|----------------|-------------|
| DELL FINANCIAL SERVICES L.L.C.<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10390<br>GREENVILLE, SC 29603-0390 | 000013 | 114 | 58.61 | 0.89 |

---------- Remittance Total ---------------       58.61       0.89

_____

ALAN J. TREINISH, TRUSTEE

000013

FILED
CLERK, U.S. BANKRUPTCY COURT
2011 APR 25 AM 11:41
NORTHERN DISTRICT OF OHIO
CLEVELAND